1  LYNNE C. HERMLE (State Bar No. 99779)
   ALLISON E. PITIGOI (State Bar No. 242211)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
3  Menlo Park, CA  94025
   Telephone:     650-614-7400
4  Facsimile:     650-614-7401
   lchermle@orrick.com
5  apitigoi@orrick.com

6  Attorneys for Defendant,
   ALLIED FELLOWSHIP SERVICE
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO BRANCH

11

12 | ANTONIO FRANCOIS ARMSTRONG | Case No.  C08-05730 MHP

13 |            Plaintiff,        | ~~[PROPOSED]~~ **ORDER GRANTING STIPULATED REQUEST TO CHANGE TIME PURSUANT TO CIVIL L.R. 6-2**

14 |     v.                       |

15 | ALLIED FELLOWSHIP SERVICE, a California non-profit corporation,

16 |

17 |            Defendant.

---

OHS West:260631220.1                                      [PROPOSED] ORDER
                                                   CASE NO. C08-05730 MHP

1   On March 24, 2009, Plaintiff Antonio Francois Armstrong and Defendant Allied Fellowship Service (collectively, "Parties") filed a Stipulated Request to Change Time Pursuant to Civil Local Rule 6-2.

    The Court having considered the Parties' Stipulation and the Declaration of Allison E. Pitigoi in support thereof, and good cause appearing therefore,

    IT IS HEREBY ORDERED that the last day for the Parties and counsel to hold a joint inspection of the premises shall be continued to May 7, 2009, and all other associated deadlines established by the Scheduling Order for Cases Asserting Denial of Right of Access Under Americans with Disabilities Act Title III, dated December 23, 2008, shall be extended accordingly.

    **IT IS SO ORDERED.**

Dated: __3/25/2009_____

_____
THE HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

*[Stamp: IT IS SO ORDERED / Judge Marilyn H. Patel / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*