| | |
|---|---|
| 1 | LYNNE C. HERMLE (State Bar No. 99779) |
| 2 | ALLISON E. PITIGOI (State Bar No. 242211)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | 1000 Marsh Road<br>Menlo Park, CA  94025 |
| 4 | Telephone:     650-614-7400<br>Facsimile:      650-614-7401 |
| 5 | lchermle@orrick.com<br>apitigoi@orrick.com |
| 6 | Attorneys for Defendant<br>ALLIED FELLOWSHIP SERVICE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO BRANCH

| | |
|---|---|
| ANTONIO FRANCOIS ARMSTRONG | Case No.  C08-05730 MHP |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO DISMISS ALL CLAIMS AGAINST DEFENDANT ALLIED FELLOWSHIP SERVICE WITH PREJUDICE** |
| v. | |
| ALLIED FELLOWSHIP SERVICE, a California non-profit corporation, | |
| Defendant. | |

**STIPULATION**

Pro se Plaintiff Antonio Francois Armstrong and Defendant Allied Fellowship Service, through its counsel of record, stipulate pursuant to Rule 41 of the Federal Rules of Civil Procedure as follows:

1. This action is hereby dismissed with prejudice; and
2. Each party shall bear its own costs and attorneys fees; and
3. This court will retain jurisdiction to enforce the terms of the underlying settlement agreement.

Dated: April 22, 2009

ANTONIO FRANCOIS ARMSTRONG
PRO SE PLAINTIFF

/s/
Antonio Francois Armstrong
Pro Se Plaintiff

Dated: April 24, 2009

LYNNE C. HERMLE
ALLISON E. PITIGOI
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/
Allison E. Pitigoi
Attorneys for Defendant
Allied Fellowship Service

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __April 28_____, 2009

IT IS SO ORDERED
Judge Marilyn H. Patel

UNITED STATES DISTRICT JUDGE

OHS West:260629118.1

STIPULATION AND [PROPOSED] ORDER TO DISMISS ALL CLAIMS AGAINST DEFENDANT WITH PREJUDICE; CASE NO. C08-05730 MHP